UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| G.E., individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STIIIZY INC.,<br><br>　　　　Defendant. | CASE NO. CV 25-490-GW-SSCx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Assigned to Hon. George H. Wu |

4030659.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT

The Court, having considered the Joint Stipulation to Extend Defendant's Time to Respond to the Complaint (the "Stipulation") between the above-captioned Plaintiff and Defendant, and finding that good cause exists,

**HEREBY ORDERS THAT:**

1. The Stipulation is GRANTED;

2. Defendant's deadline to respond to the Complaint is extended pending a ruling on the motion to consolidate in this case (Docket No. 19). If the Court denies the motion, Defendant shall respond to the complaint within 30 days of receiving notice of the denial. If the Court grants the motion, Defendant's obligation to respond to the complaint is stayed pending the filing of a consolidated complaint, which is the complaint that Defendant shall respond to and shall respond to within 30 days of receiving notice of its filing.

**IT IS SO ORDERED**

DATED: March 12, 2024

_____
HON. GEORGE H. WU,
United States District Judge