UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-490-GW-SSx | Date | April 14, 2025 |
|---|---|---|---|
| Title | G.E. v. STIIIZY INC. | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Suzanne McKennon | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas E. Loeser<br>Ellen J. Wen<br>Yana A. Hart | Gregory T. Nolan |

**PROCEEDINGS:** PLAINTIFFS' MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD COUNSEL [19]

The Court's Tentative Ruling on Plaintiffs' Motion [19] was issued on April 10, 2025 [19]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motion is GRANTED. The Court consolidates this action with *Ryan Wenzel v. STIIIZY, Inc.*, Case No. CV 25-510-MRA-SKx and *Donald Hatch v. STIIIZY, Inc.*, Case No. CV 25-554-HDV-Ex for all pretrial purposes. Counsel are directed to make all future filings in CV 25-490-GW-SSx, which will be the lead case. The Clerk's Office is directed to add the parties and counsel from *Wenzel* and *Hatch* in the CV 25-490-GW-SSx action.

The Court sets a status conference for May 15, 2025 at 8:30 a.m. The parties are to file a joint report by noon on May 12, 2025.

|  | : | 08 |
|---|---|---|
|  | Initials of Preparer | JG |