```
 1  Ekwan E. Rhow - State Bar No. 174604
        erhow@birdmarella.com
 2  Marc E. Masters - State Bar No. 208375
        mmasters@birdmarella.com
 3  Gregory T. Nolan - State Bar No. 291162
        gnolan@birdmarella.com
 4  BIRD, MARELLA, RHOW,
    LINCENBERG, DROOKS & NESSIM, LLP
 5  1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
 6  Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
 7
    Attorneys for Defendants STIIIZY Inc. and
 8  CV Wellness, dba Authentic 209
```

**UNITED STATES DISCTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| G.E,, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>STIIIZY INC.,<br><br>Defendant. | CASE NO.  CV 25-490-GW-SSCx<br><br>Consolidated with: *Hatch v. STIIIZY, et al.,* CV 25-554-GW-Ex<br>and *Wenzel v. STIIIIZY,* Case No. CV 25-490-GW-SSx<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Assigned to Hon. George H. Wu |

1  The Court, having considered the Joint Stipulation to Continue Status Conference (the "Stipulation") in the above-captioned consolidated cases, and finding that good cause exists,

**HEREBY ORDERS THAT:**

1. The Stipulation is GRANTED;
2. The Status Conference for these consolidated cases that was previously scheduled for May 15, 2025, is continued to May 29, 2025 at 8:30 a.m. A joint report shall be filed by noon on May 27, 2025.

**IT IS SO ORDERED.**

DATED: May 12, 2025

_____
HON. GEORGE H. WU,
United States District Judge