**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**COTCHETT, PITRE & McCARTHY, LLP**
Thomas E. Loeser (SBN: 202724)
*tloeser@cpmlegal.com*
Andrew J. Fuller (*pro hac vice* to be filed)
*afuller@cpmlegal.com*
Ellen J. Wen (*pro hac vice* to be filed)
*ewen@cpmlegal.com*
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION<br><br>This Document Relates To:<br>*All cases* | Master File No.: 2:25-cv-00490-GW-SSC<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: January 17, 2025<br>Trial Date: None Set<br>Hon. George H. Wu |

Pursuant to the Court's May 27, 2025, Minute Order (ECF No. 32), Plaintiffs G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza ("Plaintiffs") and Defendant STIIIZY, Inc. ("Defendant") (collectively the "Parties") submit this Joint Status Report.

On April 14, 2025, the court consolidated *Ryan Wenzel v. STIIIZY, Inc.* and *Donald Hatch v. STIIIZY, Inc.* into *G.E. v. STIIIZY, Inc.* (the "*G.E.* case"). It also appointed Yana Hart of Clarkson Law Firm, P.C., and Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLP, as Interim Co-Lead Counsel. (ECF No. 28). On May 20, 2025, Defendant removed the related case of *Anderson v. Stiiizy, Inc.* (Case No. 2:25-cv-04515, previously 25STCV01219) from the Superior Court of Los Angeles to the U.S. District Court for the Central District of California (the "*Anderson* case"). (*Anderson* ECF 1). Prior to removal, the following Los Angeles Superior Court cases had been consolidated into the *Anderson* case.

1. *Ruiz v. Stiiizy, Inc.* (25STCV01549);
2. *Montoya v. Stiiizy Inc.* (25STCV01558);
3. *Martinez v. Stiiizy Inc.* (25STCV01624);
4. *Krauth v. Stiiizy Inc.* (25STCV01633); and
5. *Orozco-Preza v. Stiiizy Inc.* (25STCV01707).

Simultaneously with removal of the *Anderson* case, Defendant filed a Notice of Related Cases, asserting a substantial overlap between the *Anderson* case and the *G.E.* case, and requesting its reassignment to this Court. (*Anderson* ECF 4). However, the *Anderson* case is presently assigned to the Honorable Cynthia Valenzuela after having been previously assigned to two prior U.S. District Court Judges. No hearings have been held and the parties have made no filings in the *Anderson* case in federal court, aside from the above-noted documents, because it came to federal court stayed from the state court. In addition to the *G.E.* case, undersigned counsel from the Clarkson Law Firm, together with all counsel of record in the *Anderson* case, now represents all of the plaintiffs from the *Anderson* case.

At this time, the *G.E.* case and the *Anderson* case have not been formally consolidated and the Parties request the Court consolidate these related cases.

At the time of removal, the plaintiffs in the *Anderson* case had filed a motion for appointment of leadership, but the court had not ruled on it and interim class counsel has not been appointed in *Anderson* or the other state matters consolidated with it. On June 23, 2025, the state court held a hearing in *Anderson* where counsel for the plaintiffs in state court indicated that they were not anticipating seeking remand, and on that basis, the state court entered a dismissal without prejudice based on the removal to federal court, and administratively closed the matter.

On July 3, 2025, Plaintiffs filed their Consolidated Class Action Complaint ("CCAC") (ECF 34). The CCAC includes as plaintiffs those from the *G.E.* case and the *Anderson* case who wish to remain as named plaintiffs, as opposed to simply members of the putative class. Should this Court consolidate the *G.E.* case and the *Anderson* case, it should deem the CCAC the operative complaint for the consolidated case.

The Parties have agreed to engage in private mediation through Judicate West with Jill R. Sperber, Esq. as the mediator, on October 17, 2025. The parties also anticipate exchanging informal discovery prior to the mediation date, to aid in the mediation and potential resolution of this matter.

Because the Parties are in settlement discussions and have a set mediation date, they request that this matter be stayed until a date after October 17, 2025, so they can provide an update to the Court as to the status of settlement and how they intend to proceed.

///
///
///
///
///

DATED: July 9, 2025

Respectfully submitted,

**CLARKSON LAW FIRM, P.C.**

*/s/ Yana Hart*
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Thomas E. Loeser*
Thomas E. Loeser (SBN: 202724)
*tloeser@cpmlegal.com*
Andrew J. Fuller (*pro hac vice* to be filed)
*afuller@cpmlegal.com*
Ellen J. Wen (*pro hac vice* to be filed)
*ewen@cpmlegal.com*
1809 7th Avenue, Suite 1610
Seattle, WA 98101
Tel: (206) 802-1272

*Interim Co-Lead Counsel for Plaintiffs*

| | |
|---|---|
| Dated: July 9, 2025 | **BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP** |
| | By: /s/ *Gregory T Nolan* <br> Gregory T. Nolan <br> *GNolan@birdmarella.com* <br> Ekwan E. Rhow <br> Marc. E. Masters <br> 1875 Century Park East, 23rd Floor, <br> Los Angeles, California 90067 <br> Tel: (310)201-2100 |
| | *Counsel for Defendant* |

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all signatories concur with the content of this document and that I obtained authorization from them to affix their electronic signatures to this document.

Dated: July 9, 2025        /s/ *Yana Hart*
                                           Yana Hart