UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-490-GW-SSCx | Date | July 14, 2025 |
|---|---|---|---|
| Title | *G.E. v. STIIIZY, INC.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Maria Lindaya | Terri Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas E. Loeser | Gregory T. Nolan |
| Bryan P. Thompson | |
| Yana A. Hart | |

**PROCEEDINGS:** **TELEPHONIC STATUS CONFERENCE**

Court and counsel confer. For reasons stated on the record, the Post-Mediation Status Conference is set for October 30, 2025, at 8:30 a.m. The parties are to file a joint status report by October 24, 2025. The Court will issue an order regarding consolidation of open cases.

|  | : | 05 |
|---|---|---|
| | Initials of Preparer | mal |