**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050

**COTCHETT, PITRE & McCARTHY, LLP**
Thomas E. Loeser (SBN: 202724)
*tloeser@cpmlegal.com*
840 Malcolm Road
Burlingame, CA 94010
Tel: (206) 802-1272
Fax: (650) 697-0577

*Interim Co-Lead Counsel*
*for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION<br><br>This Document Relates To:<br>*All cases* | Master File No.: 2:25-cv-00490-GW-SSC<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Hearing Information**<br>Date: May 11, 2026<br>Time: 8:30 a.m.<br>Location: Courtroom 9D, 9th Floor<br>Hon. George H. Wu<br><br>Complaint Filed: January 17, 2025<br>FAC Filed: July 3, 2025<br>Trial Date: None Set |



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 11, 2026, at 8:30 a.m., or as soon thereafter as the parties may be heard by the Honorable George H. Wu, Courtroom 9D, located 350 W. 1st Street, Los Angeles, California 90012 at the United States Courthouse, Plaintiffs G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza ("Plaintiffs") will, and hereby do move the Court for an Order in accordance with Federal Rule of Civil Procedure 23:

(1) granting preliminary approval of the concurrently filed proposed Class Action Settlement Agreement and Release ("**Settlement**") and finding it sufficiently fair, reasonable, adequate, and in the best interests of the Settlement Class;

(2) finding that, for purposes of effectuating the proposed Settlement, the prerequisites for class certification under Federal Rule of Civil Procedure 23(a) are likely to be found satisfied;

(3) appointing Plaintiffs, G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza as Class Representatives for the Settlement Class;

(4) appointing, as Settlement Class Counsel, Ryan J. Clarkson, Yana Hart and Bryan P. Thompson of Clarkson Law Firm, P.C., and Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLP (collectively, "**Class Counsel**");

(5) appointing Eisner Advisory Group, LLC ("**EAG**") as Settlement Administrator;

(6) approving the Parties' proposed Notice Plan and form and content of the Notices and Claim Form, as well as Objection procedures;

(7) directing commencement of Notice;

(8) setting deadlines for any objections to, and/or requests for exclusion from, the proposed Settlement;



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

(9) further staying the Action or otherwise adjourning litigation deadlines pending decision on Final Approval of the Settlement;

(10) staying and/or enjoining, pending decision on final approval of the Settlement, any actions brought by Settlement Class Members concerning a Released Claim; and

(11) scheduling a Final Approval Hearing to consider entry of a Final Approval Order approving the Settlement, final certification of the Settlement Class for settlement purposes only, and the request for attorneys' fees, reimbursement of litigation costs, and Service Payments to the Class Representatives.

| EVENT | DATE |
|---|---|
| Last day for Defendant to provide Class Member Information to the Claims Administrator | Within 5 calendar days after the issuance of the Preliminary Approval Order |
| Settlement Funding (deadline to fund non-reversionary cash settlement) | Within 30 calendar days of the issuance of the Preliminary Approval Order |
| Notice Date (the date the Claims Administrator must commence Class Notice) | Within 30 calendar days after the issuance of the Preliminary Approval Order |
| Motions for Attorneys' Fees, Reimbursement of Expenses, and Service Payments to be filed by Plaintiffs' Counsel | 14 calendar days prior to the Objection / Exclusion Deadline |
| Objection Deadline (filing deadline for Objections) | 60 calendar days after the Notice Date |
| Exclusion Deadline (deadline to submit Opt-Outs) | 60 calendar days after the Notice Date |
| Claims Deadline (submission deadline for Claims) | 75 calendar days after the Notice Date |
| Motion for Final Approval | 14 calendar days prior to Final Approval Hearing |
| Final Approval Hearing | Any date that is at least 135 days after the issuance of the Preliminary Approval Order |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Plaintiffs also respectfully request that the Court impose the following schedule with respect to the Settlement:

Plaintiffs' counsel conferred with Defendant's counsel pursuant to Local Rule 7-3. Defendant does not oppose this motion.

Respectfully submitted,

Dated: April 9, 2026

**CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart*
Yana Hart, Esq.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
Email: yhart@clarksonlawfirm.com

Dated: April 9, 2026

**COTCHETT PITRE & MCCARTHY, LLP**

By: */s/ Thomas E. Loeser*
Thomas E. Loeser
840 Malcolm Road
Burlingame, CA 94010
Tel: (206) 802-1272
Fax: (650) 697-0577
Email: tloeser@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiff*

Dated: April 9, 2026

**BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP**

By: */s/ Gregory T. Nolan*
Gregory T. Nolan
1875 Century Park East, 23rd Floor, Los Angeles, California 90067
Tel: (310)201-2100
Email: GNolan@birdmarella.com

*Counsel for Defendant*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all signatories concur with the content of this document and that I obtained authorization from them to affix their electronic signatures to this document.

Dated: April 9, 2026

*_/s/ Yana Hart_*
Yana Hart