**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**COTCHETT, PITRE & McCARTHY, LLP**
Thomas E. Loeser (SBN 202724)
*tloeser@cpmlegal.com*
840 Malcolm Road
Burlingame, CA 94010
Tel: (206) 802-1272
Fax: (650) 697-0577

*Class Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION

This Document Relates To:
All cases

Master File No.: 2:25-cv-00490-GW-SSC

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS, AND PLAINTIFFS' SERVICE AWARDS**

**<u>Hearing Information</u>**
Date: October 19, 2026
Time: 8:30 a.m.
Location: Courtroom 9D, 9th Floor
Hon. George H. Wu

Complaint Filed: January 17, 2025
FAC Filed: July 3, 2025
Trial Date: None Set

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 19, 2026, at 8:30 a.m., or as soon thereafter as the parties may be heard by the Honorable George H. Wu, Courtroom 9D, located at 350 W. 1st Street, Los Angeles, California 90012 at the United States Courthouse, Plaintiffs G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza ("Plaintiffs") will, and hereby do, move the Court for an Order in accordance with Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure: (A) awarding Class Counsel fees in the amount of $737,500; (B) reimbursing litigation costs in the amount of $31,121.32; and (C) granting Service Award to Court-appointed Class Representatives, G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza in the amount of $2,500 each for a total of $15,000.00.

This Motion is made on the grounds that: (i) the requested fee of twenty-five percent (25%) of the common fund is consistent with the Ninth Circuit precedent, supported by a negative lodestar multiplier of .97, and reasonable in light of the results achieved, the risk borne by Class Counsel, and the contingent nature of the representation; (ii) the litigation costs of $31,121.32 were reasonably and necessarily incurred to prosecute this action and secure the Settlement; and (iii) the requested Service Awards of $2,500 per Class Representative are warranted by their active participation in and contributions to this litigation.

This Motion is based upon this Notice of Motion; the accompanying Memorandum of Points and Authorities; the Joint Declaration of Class Counsel Thomas E. Loeser, Yana Hart, and Bryan P. Thompson, and all exhibits attached thereto; the [Proposed] Order Awarding Attorneys' Fees and Costs and Plaintiffs' Service Awards; the record in this action; and any other matters and arguments the Court may consider at the hearing of this motion.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Respectfully submitted,

Dated: August 12, 2026

**CLARKSON LAW FIRM, P.C.**

By: */s/ Yana Hart*
Yana Hart, Esq.
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070
Email: yhart@clarksonlawfirm.com

Dated: August 12, 2026

**COTCHETT PITRE & McCARTHY, LLP**

By: */s/ Thomas E. Loeser*
Thomas E. Loeser
840 Malcolm Road
Burlingame, CA 94010
Tel: (206) 802-1272
Fax: (650) 697-0577
Email: tloeser@cpmlegal.com

*Counsel for Plaintiffs and the Settlement Class*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that all signatories concur with the content of this document and that I obtained authorization from them to affix their electronic signatures to this document.

Dated: August 12, 2026

*/s/ Yana Hart*
Yana Hart