**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Bryan P. Thompson (SBN 354683)
*bthompson@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**COTCHETT, PITRE & McCARTHY, LLP**
Thomas E. Loeser (SBN 202724)
*tloeser@cpmlegal.com*
840 Malcolm Road
Burlingame, CA 94010
Tel: (206) 802-1272
Fax: (650) 697-0577

*Class Counsel for Plaintiffs and the Settlement Class*

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION

This Document Relates To: All cases

Master File No.: 2:25-cv-00490-GW-SSC
Assigned to: Hon. George H. Wu

**JOINT DECLARATION OF CLASS COUNSEL THOMAS E. LOESER, YANA HART, AND BRYAN P. THOMPSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS, AND PLAINTIFFS' SERVICE AWARDS**

**<u>Hearing Information</u>**
Date: October 19, 2026
Time: 8:30 a.m.
Location: Courtroom 9D, 9th Floor
Hon. George H. Wu

**JOINT DECLARATION OF CLASS COUNSEL THOMAS E. LOESER, YANA HART, AND BRYAN P. THOMPSON**

We, Thomas E. Loeser, Yana Hart, and Bryan P. Thompson, declare as follows:

1. We are attorneys appointed as Class Counsel in this action. We respectfully submit this Joint Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs, and Plaintiffs' Service Awards. Except as otherwise noted, we each have personal knowledge of the facts set forth below and could testify competently to them if called upon to do so. If called as witnesses, we would and could competently testify to all facts within our personal knowledge set forth herein. We submit this joint declaration, as opposed to individual declarations, for efficiency and to decrease duplicate or similar filings before this Court.

2. I, Thomas E. Loeser, am a member in good standing of the bar of (1) the State of California and duly licensed to practice before all courts of the State of California; (2) the State of Washington and duly licensed to practice before all courts of the State of Washington; and (3) the District of Columbia; as well as other state and federal courts. I am Managing Counsel of the Seattle Office of Cotchett, Pitre & McCarthy, LLP ("CPM"), where my practice is focused on privacy and complex consumer class actions, and have litigated complex consumer actions for over two decades. Previously, I was an Assistant United States Attorney in the Cyber and Intellectual Property Section of the United States Attorney's Office in Los Angeles.

3. I, Yana Hart, am a member in good standing of the bar of the State of California and duly licensed to practice before all courts of the State of California as well as other state and federal courts. I am a partner at Clarkson Law Firm, P.C. ("Clarkson"), leading the AI & Data Privacy Litigation department at Clarkson Law Firm, and have prosecuted highly complex consumer actions for nearly a decade.

4. I, Bryan P. Thompson, am a member in good standing of the bar of the State of California and duly licensed to practice before all courts of the State of

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

California as well as other state and federal courts. I am a Counsel at Clarkson, where my practice is focused on data privacy and complex consumer class actions, and have litigated complex consumer actions, both individual and class, for over a decade.

**PROCEDURAL AND FACTUAL BACKGROUND**

5. This litigation alleges that Stiiizy, Inc. ("Stiiizy" or "Defendant") failed to properly monitor its computer networks and cloud-based systems, leading to a data breach occurring between October 10, 2024, and November 10, 2024, wherein cybercriminals accessed and obtained sensitive and confidential Private Information belonging to Plaintiffs and Class Members ("Data Security Incident"), which was subsequently held for ransom, including leaking some of it onto the dark web. Stiiizy announced the Data Security Incident on January 7, 2025, which affected hundreds of thousands of individuals in California and across the country.

6. Before and after filing the Consolidated Class Action Complaint (ECF 34), we conducted a thorough independent investigation, including gathering all publicly available information regarding the Data Security Incident, examining Stiiizy's business practices and its relationship with Class Members, reviewing the circumstances of the Data Security Incident and Stiiizy's public statements and response to the breach, and conducting interviews with victims of the Data Security Incident, including the proposed Class Representatives. After filing, we continued investigating the incident, including assessing the adequacy of Stiiizy's remedial measures, its compliance with notification requirements, and the sufficiency of state-mandated data breach notices.

7. We researched potential legal claims and remedies arising from the Data Security Incident, including claims under the California Consumer Privacy Act, the California Customer Records Act, the California Unfair Competition Law, the Consumers Legal Remedies Act, and other applicable state laws addressing the safeguarding of personal information. We analyzed pleading requirements, standing

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

considerations, and potential defenses typically asserted in data breach litigation, and gathered sufficient information to draft and file complaints on behalf of Plaintiffs and the proposed Class.

8. Based on our review of the facts and the applicable law, we agreed to prosecute this matter on a contingency basis. We understood this Litigation would be fact and expert driven, potentially requiring input from qualified professionals (including, for example, cybersecurity, incident response, and damages experts) to evaluate the nature of the incident, the reasonableness of Defendant's security measures, and the extent of class wide harm and damages. We also understood the substantial risk of non-payment given the defenses and legal challenges commonly presented in data breach class actions, including motions to dismiss and disputes concerning standing, causation, and damages.

9. Plaintiff G.E. filed the initial action in this District on January 17, 2025, and related actions were subsequently filed. On April 14, 2025, the Court consolidated *Wenzel v. STIIIZY, Inc.* and, *Hatch v. STIIIZY, Inc.* into *G.E. v. STIIIZY, Inc.* The Court also appointed Yana Hart of Clarkson Law Firm, P.C. and Thomas E. Loeser of Cotchett, Pitre & McCarthy, LLP, as Interim Co-Lead Counsel. ECF No. 28. On May 20, 2025, Defendant removed the related case of *Anderson v. STIIIZY, Inc.* (Case No. 2:25-cv-04515, previously 25STCV01219) from the Superior Court of Los Angeles to the U.S. District Court for the Central District of California (the "*Anderson* case"). Prior to removal the following Los Angeles Superior Court Cases had been consolidated into the *Anderson* case. *Alberto Ruiz v. Stiiizy Inc.*, Case No. 25STCV01549 (filed January 21, 2025); *Lorenzo Montoya v. Stiiizy Inc.*, Case No. 25STCV01558 (filed January 21, 2025) *Daniel Martinez v. Stiiizy Inc.*, Case No. 25STCV01624 (filed January 21, 2025); *Robert Krauth v. Stiiizy Inc.*, Case No. 25STCV01633 (filed January 21, 2025); and *Elizabeth Orozco-Preza v. Stiiizy Inc.*, Case No. 25STCV01707 (filed January 22, 2025). After these cases were removed, we coordinated with counsel for the

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

consolidated cases in *Anderson* to move forward with the case, including interviewing numerous plaintiffs in *Anderson*, and including them as named Plaintiffs in the consolidated action, where beneficial. On July 3, 2025, Plaintiffs filed their Consolidated Class Action Complaint, which had been consolidated under the lead caption *IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION*, Master File No. 2:25-cv-00490-GW-SSC. ECF 34. On August 7, 2025, the Court consolidated *Anderson, et al. v. Stiiizy, Inc.,* and administratively closed it. ECF 39. Since the initial Litigation was filed, we have dedicated substantial time and resources to advancing the case on behalf of the Class, including investigating the incident, evaluating the claims and defenses, engaging in case management and informal discovery, and preparing for and participating in mediation and settlement discussions.

**SETTLEMENT NEGOTIATION**

10. After the actions were filed and consolidated, the Parties engaged in arm's-length settlement negotiations. These discussions occurred after we had investigated the incident, evaluated the claims and defenses, and assessed the potential benefits and risks of continued litigation for the proposed Class. On July 9, 2025, the Parties informed the Court that they had agreed to engage in private mediation with Jill R. Sperber, Esq., of Judicate West, an experienced and highly qualified mediator.

11. Prior to the mediation, the Parties engaged in informal discovery and exchanged information in furtherance of settlement, including data regarding the scope of the affected Class, the categories of Private Information involved in the Data Security Incident, and Stiiizy's investigative findings and remedial actions. The Parties additionally exchanged mediation briefs setting forth the legal and factual arguments for their respective positions.

12. On November 21, 2025, the Parties participated in a full-day mediation with Ms. Sperber, which resulted in a settlement in principle on a class-wide basis. During the mediation, the Class Counsel obtained further information regarding

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

Defendant's financial status, which convinced us that the Settlement amount was fair. After the mediation, and with Ms. Sperber's continued oversight, the Parties reached a settlement in principle subject to review of Defendant's financial records to confirm the representations made during the mediation. Defendant then provided substantial financial records, including audited financial statements confirming its constrained financial capacity, which confirmed to us that the Settlement amount is fair, reasonable, and adequate for the Class. All negotiations were conducted at arm's length, in good faith, and free of any collusion.

13. We engaged in extensive negotiations regarding the form and content of class notice, the terms governing dissemination, and the claims process to ensure the best notice practicable and an efficient claims process for Settlement Class Members. We subsequently finalized the terms and exhibits, and the Parties fully executed the Class Action Settlement Agreement and Release ("Settlement" or "SA"). See ECF 54-3, Ex. A. Pursuant to the Settlement, Defendant also provided a confidential declaration describing the enhanced data security measures it has implemented and will maintain, with the specific measures remaining confidential for security purposes.

**CLASS ADMINISTRATION AND NOTICE**

14. We solicited competing bids and negotiated with several separate third-party administrators for settlement notice and administration. Following an in-depth evaluation of all available bids, we determined that Eisner Advisory Group, LLC's ("EAG") bid was the most competitive and in the best interests of the Class, and the Court appointed EAG as the Claims Administrator. EAG estimated that settlement administration costs will be approximately $264,640, including postage, based on a 5% claims rate. As of August 12, 2026, EAG has incurred $242,957.38 in notice and administration fees and estimates the total notice and administration cost through completion of the administration will be $313,741.56.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

15. We also prepared and drafted the Motion for Preliminary Approval and a supplemental brief in support thereof, which the Court granted on May 28, 2026. ECF 72, 73. Thereafter, we coordinated with the Claims Administrator to ensure notice was sent to Settlement Class Members promptly and in accordance with the Court's order. We also review regular submissions and reports regarding the claims administration process to ensure it is proceeding smoothly and continue to communicate with representatives of EAG, as needed.

16. The Claims Administrator is responsible for tracking opt-outs, objections, and claims submissions and reporting those figures to the Parties and the Court consistent with the Settlement and the Court's orders. After the Court granted the Preliminary Approval Motion, the Claims Administrator sent the approved Notice to Class Members by email, or by U.S. mail where there was not a valid email address. The Objection Deadline and Opt-Out Deadline is August 26, 2026. As of August 10, 2026, the Claims Administrator reported that 117,165 claims had been submitted, of which 99,368 were identified as high-confidence fraudulent submissions, 1,863 as suspicious, 639 as duplicates, and 3,654 as submitted by persons who are not Settlement Class Members, leaving 11,641 net valid claims. Of those net valid claims, 10,984 have been approved with no adjustment required and 558 have been approved with adjustment, while 99 remain pending validation, reflecting $1,731,052.68 in approved claim value as of that date. The Claims Administrator has also received two (2) requests for exclusion and no objections to date. The specific number of exclusions, and claims submissions will be included in EAG's declaration filed contemporaneously with the Motion for Attorneys' Fees and Costs, and Plaintiffs' Service Awards. *See also Supplemental Declaration of Brandon Schwartz in Support of Motion for Attorneys' Fees, Costs, and Service Awards*.

17. All attorneys and support staff at Clarkson Law Firm, P.C. and Cotchett, Pitre & McCarthy, LLP are required to maintain detailed time records, consisting of

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

contemporaneous logs, with separate entries for the hours spent on specific tasks, indicating who performed the work, and providing detailed descriptions of each task completed. The Firms do not use "block billing," and instead maintain accurate time-keeping records allowing supervising attorneys and/or partners to review everyone's work.

18. The attorneys and staff at Clarkson Law Firm, P.C. have spent a total of 656.6 hours litigating the above-captioned case. Below is a table reflecting the work completed by Clarkson attorneys and staff on this case, which was necessary to secure the Settlement reached in this case:

| **Attorney / Professional** | **Role** | **Hourly Rate** | **Hours** | **Value** |
|---|---|---|---|---|
| Ryan Clarkson | Managing Partner | $1,385 | 52 | $72,020.00 |
| Yana Hart | Partner | $1,175 | 144.1 | $169,317.00 |
| Bryan Thompson | Counsel | $1,175 | 237.60 | $279,180.00 |
| Cassandra Rasmussen | Senior Associate | $760 | 0.6 | $456.00 |
| Jay Zheng | Associate | $490 | 2 | $980.00 |
| Nestor Castillo | Paralegal | $435 | 32.8 | $14,268.00 |
| Danielle Murray | Paralegal | $435 | 129.3 | $56,245.00 |
| Jasmin Rodriguez | Paralegal | $435 | 31 | $13,485.00 |
| Grayson Rost | Litigation Support Staff | $350 | 7.2 | $2,520.00 |



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

| | | | | |
|---|---|---|---|---|
| Denetta Marler | Intake Specialist | $350 | 7 | $2,450.00 |
| Amir Kalantary | Law Clerk | $350 | 2.5 | $875.00 |
| Danielle Gumbs | Intake Specialist | $350 | 10.5 | $3,675.00 |
| **Total** | | | **656.60** | **$615,470.00** |

19. The following chart lists the number of hours worked in each respective category of work completed for Clarkson, which was necessary to secure this Settlement:

| **Lodestar Category** | **Hours** |
|---|---|
| Pre-Complaint Investigation | 13.7 |
| Class Member Communications | 27.8 |
| Complaint Prep. | 71.5 |
| Court Hearings | 21.4 |
| Litigation Strategy and Analysis | 40.2 |
| Other Practices/Research | 103.50 |
| Discovery Requests/Responses/Meet & Confer | 3.4 |
| Factual Analysis/Document Review | 9.7 |
| Mediation | 61.8 |
| Settlement/Settlement Administration/Notice | 303.6 |
| **Total:** | **656.60** |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

20. The following chart lists the number of hours worked in each respective category of work by Yana Hart of Clarkson:

| **Yana Hart Fee Summary** | | | |
|---|---|---|---|
| **Lodestar Category** | **Hourly Rate** | **Hours** | **Lodestar** |
| Pre-Complaint Investigation | $1,175.00 | 0.8 | $ 940.00 |
| Complaint Prep. | $1,175.00 | 3.6 | $ 4,230.00 |
| Court Hearings | $1,175.00 | 17.1 | $ 20,092.00 |
| Litigation Strategy and Analysis | $1,175.00 | 13.2 | $ 15,510.00 |
| Other Practices/Research | $1,175.00 | 10.5 | $ 12,337.50 |
| Discovery Requests/Responses/Meet & Confer | $1,175.00 | 0.6 | $ 705.00 |
| Factual Analysis/Document Review | $1,175.00 | 5.9 | $ 6,932.50 |
| Mediation | $1,175.00 | 25.0 | $ 29,375.00 |
| Settlement/Settlement Administration/Notice | $1,175.00 | 67.4 | $ 79,195.00 |
| **Total:** | | **144.1** | **$169,317.00** |

21. The following chart lists the number of hours worked in each respective category of work by Bryan Thompson of Clarkson:

| **Bryan Thompson Fee Summary** | | | |
|---|---|---|---|
| **Lodestar Category** | **Hourly Rate** | **Hours** | **Lodestar** |
| Pre-Complaint Investigation | $1,175.00 | 8.8 | $ 10,340.00 |
| Class Member Communications | $1,175.00 | 7.6 | $ 8,930.00 |
| Complaint Prep. | $1,175.00 | 33.5 | $ 39,362.50 |
| Court Hearings | $1,175.00 | 2.5 | $ 2,937.50 |
| Litigation Strategy and Analysis | $1,175.00 | 11.4 | $ 13,395.00 |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

| | | | |
|---|---|---|---|
| Other Practices/Research | $1,175.00 | 36.80 | $ 43,240.00 |
| Discovery Requests/Responses/Meet & Confer | $1,175.00 | 1.4 | $ 1,645.00 |
| Factual Analysis/Document Review | $1,175.00 | 2.8 | $ 3,290.00 |
| Mediation | $1,175.00 | 16.1 | $ 18,917.50 |
| Settlement/Settlement Administration/Notice | $1,175.00 | 116.7 | $ 137,122.50 |
| **Total:** | | **237.60** | **$279,180.00** |

22. The attorneys and staff at Cotchett, Pitre & McCarthy, LLP ("CPM") have spent a total of 138.5 hours litigating this case. Below is a table reflecting the work completed by CPM attorneys and staff on this case, which was necessary to secure the Settlement reached in this case:

| Attorney/ Professional | Role | Hourly Rate | Hours | Value |
|---|---|---|---|---|
| Thomas E. Loeser | Managing Partner | $1,350 | 89.40 | $120,690.00 |
| Karin B. Swope | Partner | $1,100 | 0.5 | $550.00 |
| Andrew Fuller | Senior Associate | $900 | 3.2 | $2,880.00 |
| Ellen J. Wen | Associate Attorney | $600 | 12.7 | $7,620.00 |
| Tara Faulds | Senior Paralegal | $400 | 18.7 | $7,480.00 |
| Lucy Gould | Paralegal | $350 | 13.30 | $4,655.00 |
| Madeline Rutowski | Paralegal | $350 | 0.7 | $245.00 |
| **TOTAL:** | | | **138.5** | **$144,120.00** |

23. The following chart lists the number of hours worked in each respective category of work completed for CPM:

| **Lodestar Category** | **Hours** |
|---|---|
| Pre-Complaint Investigation | 1.8 |
| Complaint Prep. | 7.8 |
| Court Hearings | 35.30 |



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

| | |
|---|---|
| Other Practices/Research | 43 |
| Mediation | 24.10 |
| Settlement/Settlement Administration/Notice | 26.5 |
| **Total:** | **138.5** |

24. The following chart lists the number of hours worked in each respective category by Thomas E. Loeser of CPM.

| Lodestar Category | Hours |
|---|---|
| Pre-Complaint Investigation | 1.8 |
| Complaint Prep. | 5.10 |
| Court Hearings | 21.40 |
| Other Practices/Research | 15.20 |
| Mediation | 22.60 |
| Settlement/Settlement Administration/Notice | 23.30 |
| **Total:** | **89.40** |

25. All counsel's and staff's rates are based on their experience and skill required in performing the work.

26. The lodestar in this case is $759,590.00. This represents $144,120.00 billed by CPM for 138.5 hours of work and $615,470.00 billed by Clarkson for 656.6 hours of work, for a total of 795.1 hours between the two firms.[1]

[1] Class Counsel are informed and believe that these additional firms which represented plaintiffs in the related "*Anderson*" state court action have billed the 298.5 hours at $218,054.25 lodestar. These hours and amounts are not included in the lodestar figures stated above.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

27. The fee amount sought is $737,500, which represents 25% of the Settlement Fund. That amount is approximately 97.00% of Class Counsel's total lodestar of $759,590.00, reflecting a negative multiplier of approximately 0.97, which is well within the range approved by courts in this District in other similar cases.

28. This lodestar does not include the attorneys' fees expended in the cases that were consolidated with *Anderson* prior to being removed to this Court and in this case after removal, which consists of $218,054.25 in fees, and $17,686.09 in costs. .[2]

29. Courts in this Circuit routinely find that a negative multiplier is strong support that the fee being sought is reasonable. *See Taylor v. Shutterfly, Inc.*, No. 5:18-cv-00266-BLF, 2021 WL 5810294, at *9 (N.D. Cal. Dec. 7, 2021) (holding that the "fact that Plaintiff's counsel are seeking substantially less in fees than they reasonably incurred further demonstrates the reasonableness of the fee award") (collecting cases).

30. The hours we have billed in this Litigation are reasonable and reflect the amount of work necessary to litigate and resolve the matter, significant communications with Defendant's counsel and Plaintiffs, and extensive settlement negotiations.

31. We also anticipate that we will continue to expend time on this Litigation, including an estimated 30–50 additional hours assisting Settlement Class Members in the claims process, responding to Settlement Class Member inquiries, corresponding with EAG, drafting final approval motions and supporting materials, preparing for and attending the Final Approval Hearing on October 19, 2026, and monitoring the distribution of settlement benefits post-final approval. As of August 10, 2026, 99 claims remained pending validation with the Claims Administrator, and we will continue to

[2] Taking into account the hours and lodestar billed by the additional firms that represented plaintiffs in the related state court action, *see supra* fn. 1, the combined lodestar of all plaintiffs' firms is $977,644.25 for a total of 1,093.6 hours. Measured against that combined lodestar, the requested fee of $737,500 represents approximately 75.4% of lodestar, reflecting a negative multiplier of approximately 0.75.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

work with them on the review, validation, and fraud screening of any additional claims and on the issuance of Award Letters to claimants whose claims are approved with adjustment.

32. This Litigation raised complex issues and Class Counsel expertly navigated the constantly evolving legal terrain surrounding data privacy litigation, an area in which precedent-setting decisions continue to emerge regularly.

33. Class Counsel faced a significant risk of non-payment given the contingent nature of the fee arrangement. We understood when taking this case that if we were not successful, we would not be compensated for our work. If Plaintiffs failed in their pursuit, we would not have recovered anything and would have lost substantial funds expended in litigating this action.

34. Based on each of our Firm's knowledge and experience, the hourly rates charged by our Firm are within the range of market rates charged by attorneys of equivalent experience, skill, and expertise. Our Firms' rates are based on the market rates charged by attorneys in California, and are based on periodic review and evaluation of: (a) litigating attorneys' fee applications; (b) discussions of fees charged by other firms/attorneys practicing in similar areas of law; (c) declarations regarding prevailing market rates filed by other attorneys seeking award of fees; and (d) attorneys' fee applications and awards in other cases, as well as surveys and articles on attorneys' fees in legal newspapers and treatises. These hourly rates have been found reasonable by numerous other cases handled by Class Counsel, including:

a. *Heath v. Keenan & Associates*, No. 24STCV03018, (Cal. Super. Ct. November 26, 2025), approving Clarkson's fees and costs with hourly rates ranging from $980-$1,270 for Partners, $450-$520 for Associates, and $380 for paralegals.

b. *Doe v. Marinhealth Medical Center*, No. CV0002218, (Cal. Super. Ct. November 19, 2025), approving Clarkson's fees and costs with hourly

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

rates ranging from $980-$1,270 for Partners, $425-$660 for Associates, and $380 for paralegals.

c. *B.K. v. Eisenhower Medical Center*, No. 5:23-cv-02092-JGB-DTB, (C.D. Cal. October 20, 2025), approving Clarkson's fees and costs with hourly rates ranging from $980-$1,270 for Partners, $400-$495 for Associates, and $380 for paralegals.

d. *Kandel v. Dr. Dennis Gross Skincare, LLC*, No. 1:23-cv-01967-ER, (S.D.NY October 31, 2024), approving Clarkson's fees and costs with hourly rates ranging from $935-$1,210 for Partners, $440-$850 for Associates, and $360 for paralegals.

e. *Moore v. GlaxoSmithKline Consumer Healthcare Holdings US LLC* No. 4:20-cv-09077-JSW, 2024 WL 4868182 (N.D. Cal. October 3, 2024), approving Clarkson's fees and expenses with the hourly rates for partners ranging from $990 to $1,210 for partners, $440 to $660 for associates, and $360 for litigation support staff.

f. *Hezi v. Celsius Holdings, Inc.*, No. 1:21-CV-09892-JHR, 2023 WL 2786820 (S.D.N.Y. Apr. 5, 2023), approving Clarkson's fees and expenses with the hourly rates ranging between $850 to $1,100 for partners, $425 to $775 for associates, and $300 to $365 for litigation support staff.

35. The information we have gathered shows that Class Counsel's rates are in line with the *non-contingent* market rates charged by attorneys of reasonably comparable experience, skill, and reputation for reasonably comparable class action work. The reasonableness of our firms' hourly rates is supported by several surveys of legal rates, including the following:

a. On June 9, 2022, Bloomberg Law published an article examining the rapid rise in billing rates for law firms in recent years, finding that rates rose by roughly 40% from 2007 to 2020. This increase includes a surge of more





Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

than 6% in 2020, followed by another 5.6% through November of 2021 among the nation's largest firms. The article noted that several top law firms are currently billing at hourly rates in excess of $2,000, with individual attorneys billing at rates as high as $2,465 per hour. A true and correct copy of this article is attached hereto as **Exhibit A**.

b. A true and correct copy of the ALM Legal Intelligence NLJ Billing Survey from 2014 is attached hereto as **Exhibit B**, reflecting billing rate averages for partners as high as $1,055 per hour and for associates as high as $675 per hour in and around 2014.

c. In an article entitled "On Sale: The $1,150-Per Hour Lawyer," written by Jennifer Smith and published in the Wall Street Journal on April 10, 2013, the author describes the rapidly growing number of lawyers billing at $1,150 or more revealed in public filings and major surveys. The article also notes that in the first quarter of 2013, the 50 top-grossing law firms billed their partners at an average rate between $879 and $882 per hour. A true and correct copy of this article is attached hereto as **Exhibit C**.

d. In an article published April 16, 2012, the Am Law Daily described the 2012 Real Rate Report, an analysis of $7.6 billion in legal bills paid by corporations over a five-year period ending in December 2011. A true and correct copy of that article is attached hereto as **Exhibit D**. That article confirms that the rates charged by experienced and well-qualified attorneys have continued to rise over this five-year period, particularly in large urban areas like Los Angeles and New York. It also shows, for example that the top quartile of lawyers bill at an average of "just under $900 per hour."

e. Similarly, on February 23, 2011, the Wall Street Journal published an online article entitled "Top Billers." A true and correct copy of that article is attached hereto as **Exhibit E**. This article listed the 2010 and/or 2009

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

hourly rates for more than 125 attorneys, in a variety of practice areas and cases, who charged $1,000 per hour or more.

f. On February 22, 2011, the ALM's Daily Report listed the 2006-2009 hourly rates of numerous San Francisco attorneys. A true and correct copy of that article is attached hereto as **Exhibit F**.

g. The Westlaw CourtExpress Legal Billing Reports for May, August, and December 2009 (a true and correct copy of which is attached hereto as **Exhibit G**) show that as far back as 2009, attorneys with as little as 19 years of experience were charging $800 per hour or more. Again, current rates are significantly higher.

**SETTLEMENT**

36. Under the Settlement, Defendant has agreed to pay $2,950,000.00 to establish a non-reversionary Settlement Fund that will be used to provide benefits to Settlement Class Members as set forth in the Settlement Agreement.

37. The common fund will also pay for Court-approved Administrative Expenses (including Notice and Settlement Administrative Expenses), Taxes, Service Awards, and any attorneys' fees and costs awarded by this Court.

38. The Settlement also provides meaningful non-monetary relief. In addition to the monetary benefits available from the Settlement Fund, each Settlement Class Member may claim two (2) years of Credit Monitoring and Identity Theft Insurance Services, including three-bureau credit monitoring and alerts from Equifax, TransUnion, and Experian, CyberScan dark web monitoring, fully managed identity restoration, lost wallet assistance, and up to $1,000,000 in identity theft insurance. Separately from the Settlement Fund, Defendant has also agreed to implement and maintain certain administrative and technical data security measures for at least three (3) years following the Class Settlement, as described in the confidential declaration provided to Class Counsel.

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

39. The Settlement confers substantial benefits to the Settlement Class of approximately 404,296 individuals and provides meaningful relief to individuals whose Private Information was impacted by the Data Security Incident, while avoiding the risks, delays, and expense associated with continued litigation.

40. Class Counsel will share any awarded attorneys' fees among themselves by agreement.

41. The Settlement provides that Class Counsel may seek Service Awards for the Class Representatives of up to $2,500 each, and not to exceed $15,000 in total, subject to Court approval, in recognition of their efforts on behalf of the Settlement Class. The Class Representatives are G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza.

42. Class Counsel's clients have issued written approval of this arrangement in signing the Settlement Agreement.

43. Additionally, Class Counsel seeks reimbursement of reasonable litigation costs, which were advanced by Class Counsel and the attorneys in the consolidated *Anderson* action, without any guarantee that they would be reimbursed, in the amount of $31,121.32.[3] These expenses are reflected in the records of Class Counsel and others and were necessary to prosecute this litigation. All expenses were carefully and reasonably expended, and they reflect market rates for various categories of expenses incurred. Expense items were billed separately, and such charges were not duplicated in our Firms' billing rates.

[3] These expenses include the expenses incurred by Class Counsel as well as out-of-pocket expenses incurred by the counsel for the *Anderson* matter which was included in the Consolidated Complaint. While the *Anderson* firms were not part of a formal leadership structure and did not act as Class Counsel, they represented four of the six Named Plaintiffs and contributed meaningfully in terms of time, effort, and expenses, including the mediation expenses and participating in mediation.



Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**Cotchett, Pitre & McCarthy, LLP Expenses**

| Item | Category | Total Cost |
|---|---|---|
| Air Transportation | Travel to leadership hearing, and Preliminary Approval Hearing | $2,774.43 |
| Ground Transportation | Airport and courthouse transportation, parking, and tolls | $1,595.30 |
| Lodging | Hotel for Preliminary Approval Hearing | $601.85 |
| Meals | Working meals during travel and mediation | $223.57 |
| Professional Fees | Mediation fees (Judicate West) | $2,850.00 |
| Internal Reproduction/Copies | In-house photocopies | $17.00 |
| | **Total:** | **$8,062.15** |

**Clarkson Expenses**

| Item | Category | Amount |
|---|---|---|
| Court/Filing Fees | Federal and state court complaint filing fees; motion for voluntary dismissal in state court | $1,923.70 |
| Process Server Fees | Service of federal and state complaints | $428.00 |
| Professional Fees | Mediation fees (Judicate West) | $2,850.00 |
| Postage/Express Delivery/Messenger | CLRA/CCPA notices; chambers copy re: stipulation to continue status conference | $76.94 |
| Ground Transportation | Parking for leadership hearing; parking and tolls for Preliminary Approval Hearing | $55.31 |
| Meals | Working meal during full-day mediation | $39.13 |
| | **Total:** | **$5,373.08** |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

**Strauss Borrelli PLLC**

| Item | Total Cost |
|---|---|
| Filing Fees/Court Costs | $2,268.45 |
| CA Bar PHV Fees | $1,056.32 |
| **Total:** | **$3,324.77** |

**Cole & Van Note**

| Item | Total Cost |
|---|---|
| Filing Fees/Court Costs | $1,983.10 |
| **Total:** | **$1,983.10** |

**Milberg, PLLC Expenses**

| Item | Total Cost |
|---|---|
| Filing Fees/Court Costs | $1,663.24 |
| Postage | $11.02 |
| Process Server Fees | $216.82 |
| **Total:** | **$1,891.08** |

**Tousley Brain Stephens PLLC Expenses**

| Item | Total Cost |
|---|---|
| Mediation fees (Judicate West) | $2,850 |
| **Total:** | **$2,850** |

**Ellzey Kherkher Sanford Montgomery LLP ("EKSM") Expenses**

| Item | Total Cost |
|---|---|
| Filing Fees/Court Costs | $1,437.25 |
| CA Bar PHV Fees | $1,525.00 |
| Process Server Fees | $113.49 |
| **Total:** | **$3,075.74** |

**Ahdoot & Wolfson**

| Item | Total Cost |
|---|---|
| Filing Fees/Court Costs | $1,711.40 |
| Mediation fees (Judicate West) | $2,850.00 |
| **Total:** | **$4,561.40** |

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com

| | |
|---|---|
| **Total CPM Expenses** | $8,062.15 |
| **Total Clarkson Expenses** | $5,373.08 |
| **Total Strauss Borrelli PLLC Expenses** | $3,324.77 |
| **Total Cole & Van Note Expenses** | $1,983.10 |
| **Total Milberg PLLC Expenses** | $1,891.08 |
| **Total Tousley Brain Stephens PLLC Expenses** | $2,850 |
| **Total EKSM LLP Expenses** | $3,075.74 |
| **Total Ahdoot & Wolfson Expenses** | $4,561.40 |
| **Total:** | $31,121.32 |

We declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Executed on August 12, 2026, in Seattle, Washington.

*/s/ Thomas E. Loeser*
Thomas E. Loeser

Executed on August 12, 2026, in San Diego, California.

*/s/ Yana Hart*
Yana Hart

Executed on August 12, 2026, in Chicago, Illinois.

*/s/ Bryan P. Thompson*
Bryan P. Thompson

Clarkson Law Firm, P.C. | 22525 Pacific Coast Highway, Malibu, CA 90265 | P: (213) 788-4050 F: (213) 788-4070 | clarksonlawfirm.com