# EXHIBIT C

IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION

Case No. 25-cv-00490-GW-SSC

**Wall Street Journal Article "On Sale: The $1,150-Per Hour Lawyer" Article**

# On Sale: The $1,150-per-Hour Lawyer --- Legal Fees Keep Rising, but Don't Believe Them; Clients Are Demanding, and Getting, Discounts

The Wall Street Journal

April 10, 2013 Wednesday

Copyright **2013** Factiva ®, from Dow Jones
All Rights Reserved

FACTIVA

Copyright © **2013**, Dow Jones & Company, Inc.)

THE WALL STREET JOURNAL
U.S. EDITION

**Section:** Pg. B1

**Length:** 1047 words

**Byline:** By ***Jennifer Smith***

## Body

Top partners at leading U.S. law firms are charging more than ever before, yet those hourly rates aren't all they appear to be.

Having blown past the once-shocking price tag of $1,000 an ***hour***, some sought-after deal, tax and trial ***lawyers*** are commanding hourly ***fees*** of $1,150 or more, according to an analysis of billing rates compiled from public filings.

But, as law firms boost their standard rates, many are softening the blow with widespread discounts and write-offs, meaning fewer clients are paying full freight. As a result, law firms on average are actually collecting fewer cents on the dollar, compared with their standard, or "rack," rates, than they have in years.

Think of hourly ***fees*** "as the equivalent of a sticker on the car at a dealership," said legal consultant Ward Bower, a principal at Altman Weil Inc. "It's the beginning of a negotiation. . . . Law firms think they are setting the rates, but clients are the ones determining what they're going to pay."

Star ***lawyers*** still can fetch a premium, and some of them won't budge on price. The number of partners billing $1,150-plus an ***hour*** has more than doubled since this time last year, according to Valeo Partners, a consulting firm that maintains a database of legal rates pulled from court filings and other publicly disclosed information. More than 320 ***lawyers*** in the firm's database billed at that level in the first quarter of ***2013***, up from 158 a year earlier.

That gilded circle includes tax experts such as Christopher Roman of King & Spalding LLP and Todd Maynes of Kirkland & Ellis LLP, intellectual-property partner Nader A. Mousavi of Sullivan & Cromwell LLP, and deal ***lawyers*** such as Kenneth M. Schneider of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

Those ***lawyers*** and their firms either declined to comment or didn't reply to requests for comment.

When corporate legal departments need a trusted hand to fend off a hostile takeover or win a critical court battle, few general counsels will nitpick over whether a key ***lawyer*** is charging $900 an ***hour*** or $1,150 an ***hour***. But for legal matters where their future isn't on the line, companies are pushing for -- and winning -- significant price breaks.

"We almost always negotiate rates down from the rack rates," said Randal S. Milch, general counsel for phone giant Verizon Communications Inc. The result, he said, is a "not-insignificant discount."

For the bread-and-butter work that many big law firms rely on, haggling has become the norm. Many clients grew accustomed to pushing back on price during the recession and continue to demand discounts.

Some companies insist on budgets for their legal work. If a firm billing by the ***hour*** exceeds a set cap, ***lawyers*** may have to write off some of that time.

Other clients refuse to work with firms who don't discount, lopping anywhere from 10% to 30% off their standard rates. Some may grant rate increases to individual partners or associates they deem worthy. Another tactic: locking in prices with tailored multiyear agreements with formulas governing whether clients grant or refuse a requested rate increase.

In practical terms, that means the gap between law firms' sticker prices and the amount of money they actually bill and collect from their clients is wider than it has been in years.

According to data collected by Thomson Reuters Peer Monitor, big law firms raised their average standard rate by about 9.3% over the past three years. But they weren't able to keep up on the collection side, where the increase over the same period was just 6%.

Firms that used to collect on average about 92 cents for every dollar of standard time their ***lawyers*** worked in 2007, before the economic downturn, now are getting less than 85 cents. "That's a historic low," said James Jones, a senior fellow at the Center for the Study of the Legal Profession at Georgetown Law.

To be sure, the legal business has picked up since the recession, when some clients flat-out refused to pay rate increases.

In the first quarter of ***2013***, the 50 top-grossing U.S. law firms boosted their partner rates by as much as 5.7%, billing on average between $879 and $882 an ***hour***, according to Valeo Partners. Rates for junior ***lawyers***, whose labors have long been a profit engine for major law firms, jumped even more.

While some clients resisted using associate ***lawyers*** during the downturn, refusing to pay hundreds of dollars an ***hour*** for inexperienced attorneys, the largest U.S. law firms have managed to send the needle back up again. This year, for the first time, the average rate for associates with one to four years of experience rose to $500 an ***hour***, according to Valeo.

The increases continue the upward trend of 2012, when legal ***fees*** in general rose 4.8% and associate billing rates rose by 7.4%, according to a coming report by TyMetrix Legal Analytics, a unit of Wolters Kluwer, and CEB, a research and advisory-services company. Those numbers are based on legal-spending data from more than 17,000 law firms.

More than a dozen leaders at major law firms declined to discuss rate increases on the record, though some said privately that the increase in associate rates could be caused in part by step increases as junior ***lawyers*** gain in seniority.

Joe Sims, an antitrust partner at Jones Day and former member of the firm's partnership committee, said clients don't mind paying for associates, as long as they feel they are getting their money's worth.

Sophisticated clients, he said, tend to focus on the overall price tag for legal work, not on individual rates. "They are more concerned about how many people are working on the project and the total cost of the project," Mr. Sims said. "Clients want value no matter who is on the job."

While a handful of elite ***lawyers*** have successfully staked out the high end -- the deal teams at Wachtell, Lipton, Rosen & Katz, for example -- legal experts say that client pressure to control legal spending means most law firms must be more flexible on price.

"There will always be some 'bet the company' problem where a client will not quibble about rates," said Mr. Jones of Georgetown. "Unfortunately, from the law firms' standpoint, that represents a small percentage of the work."

Subscribe to WSJ: *http://online.wsj.com?mod=djnwires*




License this article from Dow Jones Reprint Service

## Notes

PUBLISHER: Dow Jones & Company, Inc.

**Load-Date:** April 11, 2013

End of Document