**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

IN RE: STIIIZY INC., DATA BREACH SECURITY LITIGATION

This Document Relates To: All cases

Master File No.: 2:25-cv-00490-GW-SSC

Assigned to: Hon. George H. Wu

**[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND COSTS AND PLAINTIFFS' SERVICE AWARDS [ECF NO. 74]**

On August 12, 2026, Plaintiffs filed their Motion for Award of Attorneys' Fees and Costs and Plaintiffs' Service Awards. Class Counsel seeks an award of $737,500 in attorneys' fees, reimbursement of $31,121.32 in litigation costs, and Service Awards of $2,500 to each of the six Class Representatives for a total of $15,000. The Court having considered Plaintiffs' Motion for Attorneys' Fees and Costs and Plaintiffs' Service Awards, and finding good cause, hereby GRANTS the Motion and Orders as follows:[1]

1. The Court has jurisdiction over the subject matter of the Fee Motion and all matters relating thereto, including Class Representatives, Defendant, and all members of the Settlement Class who have not timely and validly requested exclusion.

2. The Class Notice substantially in the form approved by the Court's May 28, 2026, Order Granting Preliminary Approval of Settlement was distributed to the Class in accordance with the Notice Plan described in the Settlement Agreement and approved by the Court.

3. The Court hereby grants Plaintiffs' Motion for Award of Attorneys' Fees and Costs and Plaintiffs' Service Awards. Attorneys' fees in the amount of $737,500, which represents 25% of the $2,950,000 Settlement Fund, and costs in the amount of $31,121.32 shall be paid to Class Counsel from the Total Settlement Fund. The Court finds that the amount of fees and costs awarded is fair and reasonable.

4. The Fees and Costs Award shall be paid to Class Counsel within fourteen (14) calendar days of entry of the Final Approval Order and subject to the terms, conditions, and obligations of the Settlement Agreement, which are incorporated herein.

[1] This Order incorporates by reference the definitions in the Class Action Settlement Agreement (the "Settlement" or "SA"), and all capitalized terms used, but not defined herein, shall have the same meanings as set forth in the Settlement.

5. In making this award of fees and costs to Class Counsel, the Court has considered and found that:

(a) the Settlement has created a non-reversionary common fund of $2,950,000 in cash, from which approved Claims will be paid within thirty (30) calendar days after the Effective Date, and the Class Members who submit, or have submitted, valid Claims will benefit from the Settlement achieved by Class Counsel. In addition to the Settlement Payments Class Members may elect to receive twenty-four (24) months of credit monitoring and identity protection services. SA, ¶ 2.5. This benefit is available to all 404,296 Class Members, should they wish to participate in this Settlement.

(b) the Settlement also provides substantial and meaningful non-monetary relief in the form of business practice commitments requiring Defendant to take, maintain, or continue implementation of certain administrative and technical cybersecurity measures in furtherance of securing personal information within its systems, and will stay in place for at least three (3) years following the date of Final Approval. These forward-looking provisions deliver additional, meaningful benefits directed to the core objective of this litigation: remediation and risk reduction following the Data Security Incident.

(c) the Notice that was distributed to Settlement Class Members explained that Class Counsel was moving for attorneys' fees and costs and service awards;

(d) Class Counsel has prosecuted the Actions and achieved the Settlement with skill, perseverance, and diligent advocacy;

(e) Class Counsel has expended substantial time, effort, and resources pursuing the Actions on behalf of the Class;

(f) Class Counsel pursued the Actions on a contingent basis, having received no compensation during the litigation, and any fee amount has been contingent on the result achieved;

(g) the Actions involve complex factual and legal issues and, in the absence of the Settlement, would require further lengthy proceedings where the ultimate resolution of these complex issues would be uncertain;

(h) had Class Counsel not achieved the Settlement, there would remain a significant risk that the Class may have recovered less or nothing from Defendant;

(i) Class Counsel has devoted over 795.1 hours to litigating the Actions, with a lodestar value of $759,590 to achieve the Settlement;

(j) public policy considerations favor the award of reasonable attorneys' fees and costs in consumer protection class action litigation; and

(k) the attorneys' fees and costs awarded are fair and reasonable, and consistent with awards in similar cases within the Ninth Circuit.

6. The Court further finds that the requested Service Awards of $2,500 per Class Representative are reasonable and warranted. Class Representatives, G.E., Donald Hatch, Bradley Anderson, Daniel Martinez, Lorenzo Montoya, and Elizabeth Orozco-Preza, are hereby awarded $2,500 each as Service Awards in recognition of their substantial assistance in prosecuting the Actions, and as compensation for their expenditure of time, effort, and resources in diligently discharging their duties as Class Representatives. The Service Awards shall be paid to the Class Representatives within thirty (30) days of the Effective Date, or within thirty (30) days of the date that the validity review is complete on all claims, whichever is later.

**IT IS SO ORDERED.**

Dated:

______________________________

HON. GEORGE H. WU
United States District Judge